No. 206. CORVALLIS CREAMERY COMPANY *v.* I. H. VAN WINKLE, ATTORNEY GENERAL, ETC., ET AL. Appeal from the District Court of the United States for the District of Oregon. January 8, 1923. Dismissed without costs to any party, per stipulation. *Mr. Thos. E. Haven* for appellant. *Mr. James G. Wilson* for appellees.

No. 612. KANSAS CITY BRIDGE COMPANY *v.* FRANK BLAKEMORE. Appeal from the District Court of the United States for the Western District of Missouri. January 8, 1923. Dismissed with costs, on motion of *Mr. Cyrus Crane* for appellant. *Mr. Oscar S. Hill* and *Mr. John H. Atwood* for appellee.

No. 215. C. E. ROY ET AL., ETC. *v.* E. F. GANAHL. Error to the District Court of the United States for the Northern District of California. January 16, 1923. Dismissed with costs, pursuant to the 16th Rule, on motion of counsel for defendant in error. *Mr. Frank D. Madison* for plaintiffs in error. *Mr. Alexander T. Vogelsang* and *Mr. Louis S. Beedy* for defendant in error.

No. 230. ABE RASKIN *v.* MERRITT W. DIXON, SHERIFF, ETC. Error to the Supreme Court of the State of Georgia. January 17, 1923. Dismissed with costs, pursuant to the 18th Rule. *Mr. A. A. Lawrence* and *Mr. Robert L. Colding* for plaintiff in error. *Mr. George M. Napier* for defendant in error.

No. 241. DAVID H. CONRAD *v.* PEOPLE OF THE STATE OF ILLINOIS. Error to the Supreme Court of the State of Illinois. January 18, 1923. Dismissed with costs, pursuant to the 18th Rule. *Mr. Rush B. Johnson* for plaintiff in error. No appearance for defendant in error.